B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Southern District of Florida**

In re  **Laticia Hernandez** _[signature] Laticia Hernandez_, Debtor

Case No. **13-19002-H**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 206,964.00 | | |
| B - Personal Property | Yes | 4 | 2,715.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 361,303.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 607,222.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 860.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,953.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 209,679.00 | | |
| | | | Total Liabilities | 968,526.51 | |

**P A I D**
_129175_

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **Laticia Hernandez**          *Laticia Hernandez*,          Case No. _____
                                              Debtor
                                                                      Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 860.00 |
| Average Expenses (from Schedule J, Line 18) | 2,953.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 860.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 154,339.69 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 607,222.82 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 761,562.51 |

B6F (Official Form 6F) (12/07)

In re  Laticia Hernandez _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ADVANCED ORTHOPEDICS<br>7625 LAKE WORTH RD<br>Lake Worth, FL 33467 | | - | Medical Service | | | | 76,342.66 |
| Account No.<br><br>AEGIS PAIN COMP<br>515 GREAT CIRCLE RD<br>Nashville, TN 37228 | | - | Medical Service | | | | 948.00 |
| Account No.<br><br>AMERICAN MEDICAL & LIFE INSURANCE<br>P.O BOX 1235<br>Frederick, MD 21702 | | - | INSURANCE POLICY | | | | Unknown |
| Account No.<br><br>Anesthesia Assoc. of the Palm Beaches<br>3370 Burns Rd #200<br>Palm Beach Gardens, FL 33410 | | - | Medical Service | | | | 3,780.00 |

__6__ continuation sheets attached

Subtotal (Total of this page)    81,070.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Laticia Hernandez    *[signature: Laticia Hernandez]*    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BASSAM SAYEGH<br>1004 SOUTH DIXIE HWY # 301<br>Jupiter, FL 33458 | - | | Medical Service | | | | 15,657.00 |
| Account No.<br><br>BETHESDA ANESTHESIA ASSOC<br>P.O BOX 550383<br>Fort Lauderdale, FL 33355 | - | | Medical Service | | | | 3,088.00 |
| Account No.<br><br>BRIAN HAFT<br>11406 OKEECHOBEE RD<br>West Palm Beach, FL 33411 | - | | Medical Service | | | | 250.00 |
| Account No.<br><br>CHRISTINE KLOEPP MD<br>7625 LAKE WORTH RD<br>LAKE WORTH, FL 33467 | - | | Medical Service | | | | 19,522.55 |
| Account No.<br><br>DR CHARLES THEOFILOS<br>THE SPINE AND BRAIN ISTITUTE<br>Palm Beach Gardens, FL 33410 | - | | Medical Service | | | | 132,944.74 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    171,462.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **Laticia Hernandez** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1729** <br><br>**DR REED STONE**<br>**4631 CONGRESS AVE #200**<br>**West Palm Beach, FL 33407** | | - | **Medical Service** | | | | 3,299.00 |
| Account No.<br><br>**DR. DAVID CAMPBELL**<br>**3401 PGA BLVD #500**<br>**Palm Beach Gardens, FL 33410** | | - | **Medical Service** | | | | 1,500.00 |
| Account No.<br><br>**GULF COAST COLLECTIONS BUREAU**<br>**5630 MAR GUESAS CIR**<br>**Sarasota, FL 34233** | | - | **Collections** | | | | 130.00 |
| Account No. **xx2242**<br><br>**HEALTH DIAGNOSTIC OF LAKE WORTH**<br>**C/O 18851 NE 29TH AVE #201**<br>**Miami, FL 33180** | | - | **Medical Service** | | | | 57.08 |
| Account No.<br><br>**JACSON MEMORIAL HOSPITAL**<br>**1611 NW 12TH AVE**<br>**Miami, FL 33136** | | - | **Medical Service** | | | | 2,853.00 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,839.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   Laticia Hernandez    _(signature)_    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>JUPITER OPEN IMAGING CENTER<br>875 MILITARY TRAIL #101<br>Jupiter, FL 33458 | | - | Medical Service | | | | Unknown |
| Account No.<br><br>Jupiter Outpatient Surgery, LLC.<br>2055 North Military Trail<br>Jupiter, FL 33458 | | - | Medical Service | | | | 80,010.00 |
| Account No.<br><br>KURT SPANGLER<br>390 N ORANGE AVE ST#1000<br>Orlando, FL 32801 | | - | Collections | | | | Unknown |
| Account No.<br><br>LAKE WORTH SURGICAL CENTER<br>7597 LAKE WORTH RD<br>Lake Worth, FL 33467 | | - | Medical Service | | | | 68,856.46 |
| Account No.<br><br>LOUIS RASO PA<br>3 PALM CENTER # 130<br>Jupiter, FL 33477 | | - | Medical Service | | | | 46,260.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    195,126.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Laticia Hernandez** *Laticia Hernandez* ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0773** <br><br> **MITZAER MRI** <br> **5601 CORPORATE WAY BLVD #307** <br> **West Palm Beach, FL 33407** | | - | **Medical Service** | | | | 2,700.00 |
| Account No. **xxxxxxx00.00** <br><br> **NRS** <br> **545 WINMAN ST** <br> **Cleveland, TN 37311** | | - | | | | | 4,975.00 |
| Account No. <br><br> **OPEN MRI & CT OF LAKE WORTH** <br> **101 NW 1ST AVE** <br> **Delray Beach, FL 33444** | | - | **Medical Service** | | | | 6,735.00 |
| Account No. <br><br> **PAIN INSTITUTE OF PALM BEACH** <br> **205 JFK DRIVE #B** <br> **Lake Worth, FL 33462** | | - | **Medical Service** | | | | 6,969.00 |
| Account No. <br><br> **PALM BEACH FLUORS COPY SERVICE** <br> **1471 CADES BAY AVE** <br> **Jupiter, FL 33458** | | - | **Medical Service** | | | | 1,925.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **23,304.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Laticia Hernandez** _[signature: Laticia Hernandez]_  Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Palm Beach Gardens Medical Center**<br>**3360 Burns Road**<br>**Palm Beach Gardens, FL 33410** | | - | **Medical Service** | | | | 110,274.48 |
| Account No.<br><br>**PALM BEACH MRI**<br>**2001 10TH AVE N**<br>**Lake Worth, FL 33461** | | - | **Medical Service** | | | | 1,600.00 |
| Account No.<br><br>**PALM BEACH OPEN IMAGING**<br>**321 LA KIRKSEY ST # 100**<br>**West Palm Beach, FL 33401** | | - | **Medical Service** | | | | 9,643.00 |
| Account No.<br><br>**PALM BEACH PATHOLOGY**<br>**2013 PONCE DELEON AVE**<br>**Palm Beach Gardens, FL 33410** | | - | **Medical Service** | | | | 899.00 |
| Account No. **xxxxxxx0047**<br><br>**PAR**<br>**P.O BOX 57910**<br>**Jacksonville, FL 32241** | | - | **Collections** | | | | 750.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **123,166.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Laticia Hernandez** _Laticia Hernandez_ (signature)
                                    Debtor                         Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PINCH A PENNY<br>400 CIVIC CENTER WAY<br>West Palm Beach, FL 33411 | | - | CREDIT | | | | 259.00 |
| Account No.<br><br>RONALD KLUDO MD<br>7653 LAKE WORTH RD<br>Lake Worth, FL 33467 | | - | Medical Service | | | | 3,140.00 |
| Account No.<br><br>WELLINTON REGIONAL MEDICAL CENTER<br>P.O BOX 219002<br>Lake Worth, FL 33462 | | - | Medical Service | | | | Unknown |
| Account No. xxxx2261<br><br>WEST ASSET MANAGEMENT<br>P.O BOX 790113<br>Saint Louis, MO 63179 | | - | Collections | | | | 1,854.85 |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,253.85**

Total
(Report on Summary of Schedules)    **607,222.82**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **LATICIA HERNANDEZ**  ,          Case No. _____
          Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        X Signature: _Laticia Hernandez_____
                                                            Debtor

Date _____          Signature: _____
                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any,         Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____         _____
  Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                  Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.